UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. ASHWANI CHAWLA,<br><br>Plaintiff,<br><br>v.<br><br>MARINER HEALTH CENTRAL, INC, a Delaware Corporation; LINDA TAETZ: ALMADEN OPERATING COMPANY LP dba ALMADEN HEALTH AND REHABILITATION CENTER, a Delaware Limited Partnership; CREEKSIDE OPERATING Company LP dba CREEKSIDE HEALTHCARE CENTER, a Delaware Limited Partnership; DRIFTWOOD HAYWARD OPERATING COMPANY LP dba DRIFTWOOD HEALTHCARE CENTER - HAYWARD, a Delaware Limited Partnership - DRIFTWOOD SANTA CRUZ OPERATING COMPANY LP dba DRIFTWOOD HEALTHCARE CENTER - SANTA CRUZ, a Delaware Limited Partnership; FREMONT HEALTHCARE OPERATING COMPANY LP dba FREMONT HEALTHCARE CENTER, a Delaware Limited Partnership; HAYWARD HILLS OPERATING COMPANY LP dba HAYWARD HILLS HEALTHCARE CENTER, a Delaware Limited Partnership; PARKVIEW OPERATING COMPANY LP dba PARKVIEW HEALTHCARE CENTER, | No. CV 22-01930 WLH (SKx)<br><br>**ORDER DISMISSING ACTION** |

| | |
|---|---|
| 1 | a Delaware Limited Partnership; SAN RAFAEL OPERATING COMPANY LP dba PINE RIDGE CARE CENTER, a Delaware Limited Partnership; SKYLINE SAN JOSE OPERATING COMPANY LP dba SKYLINE HELATHCARE CENTER – SAN JOSE, a Delaware Limited Partnership; VALE OPERATING COMPANY LP dba VALE HEALTHCARE CENTER, a Delaware Limited Partnership; AUTUMN HILLS OPERATING COMPANY dba AUTUMN HILLS HEALTHCARE CENTER, a Delaware Limited Partnership, REHABILITATION CENTER OF SANTA MONICA OPERATING COMPANY LP dba THE REHABILITATION CENTER OF SANTA MONICA, a Delaware Limited Partnership; INGLEWOOD OPERATING COMPANY LP dba INGLEWOOD HEALTHCARE CENTER, a Delaware Limited Partnership; VERDUGO VISTA OPERATING COMPANY LP dba LA CRESCENTA HEALTHCARE CENTER, a Delaware Limited Partnership; MONTEREY PALMS OPERATING COMPANY LP dba MONTEREY PALMS HEALTHCARE CENTER, a Delaware Limited Partnership; SANTA MONICA OPERATING COMPANY LP dba SANTA MONICA HEALTHCARE CENTER, a Delaware Limited Partnership; SAN MARCOS OPERATING COMPANY LP dba VILLAGE SQUARE HEALTHCARE CENTER, a Delaware Limited Partnership, BIO-PACIFIC LLC, a Delaware Limited Liability Corporation, Defendants. |

1  The Relator Ashwani Chawla having filed a Notice of Voluntary Dismissal
2  Without Prejudice of this action and the United States having filed its Notice of Consent
3  to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules
4  as follows:
5      IT IS ORDERED that:
6      1.    The seal is lifted from this action in all respects, except as specified in
7          Paragraph 3 below;
8      2.    The Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice,
9          the United States' Notice of Consent to Dismissal, and this Order are
10         unsealed;
11     3.    All other contents of the Court's file in this action, filed and lodged to date,
12         shall remain permanently under seal and shall not be made public or served
13         upon any defendant or other party or person; and
14     4.    The seal is lifted as to all papers and records filed or lodged in this action
15         after the date of this Order and any subsequent filings in this case.

17 **IT IS FURTHER ORDERED** that this action is dismissed without prejudice as
18 to Relator Ashwani Chawla and as to the United States.

20 **IT IS SO ORDERED.**

23 Dated: 11/21/2025

                         HON. WESLEY L. HSU
                         UNITED STATES DISTRICT JUDGE